UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 17-2684 (RDM) |

**CONSENT MOTION FOR A STAY AND EXTENSION OF TIME
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6 and by and through its undersigned counsel, Defendant the U.S. Immigration and Customs Enforcement ("ICE") respectfully moves to stay this action and to extend the deadline for submitting the joint status report currently due on January 16, 2019, until 14 days after appropriations are restored. Plaintiff, through counsel, has graciously consented to the relief sought by this Motion. The grounds for this Motion are as follows.

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("DOJ") expired and appropriations to DOJ lapsed. DOJ does not know when funding will be restored by Congress. Absent appropriated funds, DOJ attorneys, including the Assistant United States Attorney assigned to this matter, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Accordingly, ICE, through undersigned counsel (who is the supervisor of the Assistant United States Attorney assigned to this matter), respectfully requests that this action be stayed

- 2 -

during the lapse in appropriations and that the Court extend the deadline for submitting the joint status report currently due on January 16, 2019, until 14 days after appropriations are restored to DOJ and ICE.

## CONCLUSION

For the foregoing reasons, ICE respectfully requests that this action be stayed and that deadlines be extended as set forth above.  A proposed order is enclosed herewith.

Dated: January 11, 2019
      Washington, DC

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division


By: _____/s/_____
    BRIAN P. HUDAK
    Deputy Chief, Civil Division
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-2549

*Attorneys for the United States of America*